1  KELLY A. JOHNSON
   Acting Assistant Attorney General
2  BRIAN C. TOTH
   Trial Attorney
3  JULIA A. JONES
   Trial Attorney
4  United States Department of Justice
   Environmental & Natural Resources Division
5  P.O. Box 663
   Washington, DC 20044-0663
6  Telephone:    (202) 305-0436
   Facsimile:    (202) 305-0506
7
   McGREGOR W. SCOTT
8  United States Attorney
   EDMUND F. BRENNAN
9  Assistant United States Attorney
   E. ROBERT WRIGHT
10 Assistant United States Attorney
   501 I Street, Suite 10-100
11 Sacramento, CA 95814
   Telephone:    (916) 554-2702
12 Facsimile:    (916) 554-2900

**UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

**SACRAMENTO DIVISION**

| | |
|---|---|
| PEOPLE OF THE STATE OF CALIFORNIA, ex rel. BILL LOCKYER, ATTORNEY, GENERAL, | |
| Plaintiff, | No. CIV-S-05-0211 MCE/GGH |
| v. | |
| UNITED STATES DEPARTMENT OF AGRICULTURE; MIKE JOHANNS, in his official capacity as Secretary of the Department of Agriculture; | **ORDER GRANTING FEDERAL DEFENDANTS' REQUEST FOR LEAVE TO APPEAR BY TELEPHONE AT JUNE 6, 2005 HEARING** |
| MARK REY, in his official capacity as Under Secretary of Agriculture, DALE BOSWORTH, in his official capacity as Chief of the United States Forest Service, and JACK A. BLACKWELL in his official capacity as Regional Forester, Region 5, United States Forest Service, | |
| Federal Defendants. | |

1    The court hereby GRANTS the Federal Defendants' request for leave to appear by
2 telephone at the hearing in this case scheduled for June 6, 2005 at 9:00 a.m.  In the alternative,
3 the clerk will telephone Federal Defendants' counsel at 202-305-0436 on June 6, 2005 at 9:00
4 a.m.
5    It is hereby ORDERED that Federal Defendants' Request for Leave to Appear by
6 Telephone at the June 6, 2005 Hearing is GRANTED.
7 It is SO ORDERED.
8 Dated: May 18, 2005

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

**CERTIFICATE OF SERVICE**

I hereby certify that on May 16, 2005, I electronically filed the foregoing [PROPOSED] ORDER GRANTING FEDERAL DEFENDANTS' REQUEST FOR LEAVE TO APPEAR BY TELEPHONE AT JUNE 6, 2005 HEARING, with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Janill L. Richards
Janill.richards@doj.ca.gov
Counsel for Plaintiff

Sally Magnani Knox
sally.knox@doj.ca.gov
Counsel for Plaintiff

J. Michael Klise
jmklise@crowell.com
Counsel for Proposed Intervenors
California Forestry Association, *et al.*

Michael B. Jackson
mjatty@sbcglobal.net
Counsel for Proposed Intervenors
Quincy Library Group, *et al.*

Adam Strachan
astrachan@hrblaw.com
Counsel for Proposed Defendant-Intervenor
California Ski Industry Association

   /s/  Julia A. Jones
Attorney for Federal Defendants