UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| PEOPLE OF THE STATE OF CALIFORNIA, ex rel. BILL LOCKYER, ATTORNEY GENERAL,<br><br>       Plaintiff,<br><br>    v.<br><br>UNITED STATES DEPARTMENT OF AGRICULTURE; MIKE JOHANNS, Secretary of the Department of Agriculture; MARK REY, Under Secretary of the Department of Agriculture; UNITED STATES FOREST SERVICE; DALE BOSWORTH, Chief, United States Forest Service; and JACK BLACKWELL, Regional Forester, Pacific Southwest Region, United States Forest Service,<br><br>       Defendants. | NO. CIV. S 05-0211 MCE GGH<br><br><br><br>ORDER |

----oo0oo----

On May 24, 2005, the California Cattlemen's Association ("Association") applied for an Order Shortening Time to have its motion for leave to intervene heard by this Court on June 6, 2005

1

at 9:00 a.m.  Already scheduled for hearing at that time are three separate motions brought by twenty (20) different interest groups also seeking intervention either in this case or in a related matter, <u>Sierra Nevada Forest Protection Campaign v. Rey, et al.</u>, Case No. CIV-S-05-0205 MCE GGH.  The Association asks that the Court entertain its motion simultaneously with these other motions brought by similarly situated proposed intervenors.

Plaintiff People of the State of California ("People") opposes the Association's request on grounds that the Association has proffered no excuse as to why its Motion for Intervention was not timely filed so as to be heard on regular notice concurrently with the other motions.  The People also contend that they have already filed their response to the other motions and "have not had the opportunity to review and respond to the points addressed in the Cattlemen's Association supporting brief." (Opposition, 2:15-17).

Although the People are correct in asserting that the Association has provided no specific explanation for its failure to file its intervention request sooner, they have nonetheless demonstrated no prejudice in allowing the Association's motion to proceed concurrently with the twenty (20) other similar requests already before the Court.  In fact, in response to the other motions, the People elected to file a single brief because those motions all "raise the same legal issues and similar factual issues."  (People's Response to Motions to Intervene, 1: 26-27). The People have made no showing that the Association's intervention request raises issues any different that those entailed in the other requests.

2

        Because the Court finds that ruling on all the pending intervention requests at the same time is clearly in the interest of judicial economy, and in the absence of any demonstrable prejudice to the People, the instant Application for Order Shortening Time is GRANTED.  The Association's Motion for Leave to File Answer in Intervention shall be heard on June 6, 2005 at 9:00 a.m.  Opposition, if any, shall be filed not later than Thursday, June 2, 2005 at 4:00 p.m.  No reply will be permitted.

        IT IS SO ORDERED.

DATED: May 27, 2005

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

3