UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SIERRA NEVADA FOREST PROTECTION CAMPAIGN, ET AL., | No. CIV-S-05-0205 MCE/GGH |
| Plaintiffs, | |
| v. | |
| DALE BOSWORTH, ET AL., | |
| Defendants. | |
| PEOPLE OF THE STATE OF CALIFORNIA, | No. CIV-S-05-0211 MCE/GGH |
| Plaintiff, | |
| v. | |
| U.S. DEPARTMENT OF AGRICULTURE, ET AL., | **RELATED CASE ORDER** |
| Defendants. | |

```
 1  CALIFORNIA FORESTRY              No. CIV-S-05-0905 MCE/DAD
    ASSOCIATION, ET AL.,
 2
              Plaintiffs,
 3
         v.
 4
    DALE BOSWORTH, ET AL.,
 5
              Defendants.
 6  _____/

 7  PACIFIC RIVERS COUNCIL,          No. CIV-S-05-0953 WBS/DAD

 8            Plaintiff,

 9       v.

10  UNITED STATES FOREST
    SERVICE; ET AL.,
11
              Defendants.
12  _____/
```

    Examination of the above-entitled civil actions reveals that these actions are related within the meaning of Local Rule 83-123(a) (E.D. Cal. 1997).  The actions involve many of the same defendants and are based on the same or similar claims, the same property transaction or event, similar questions of fact and the same questions of law, and would therefore entail a substantial duplication of labor if heard by different judges.  Accordingly, the assignment of the matters to the same judge is likely to effect a substantial savings of judicial effort and is also likely to be convenient for the parties.

    The parties should be aware that relating the cases under Local Rule 83-123 merely has the result that both actions are assigned to the same judge; no consolidation of the action is effected.  Under the regular practice of this court, related cases are generally assigned to the district judge and magistrate judge to whom the first filed action was assigned.

1     IT IS THEREFORE ORDERED that the actions denominated CIV-S-
2 05-0211 MCE/GGH, People of the States of California v. U.S.
3 Department of Agriculture, et al., CIV-S-05-0905 MCE/DAD,
4 California Forestry Association, et al., v. Dale Bosworth, et
5 al., and CIV-S-05-0953 WBS/DAD, Pacific Rivers Council v. United
6 States Forest Service, et al., are reassigned to Judge Morrison
7 C. England, Jr. And Gregory G. Hollows for all further
8 proceedings, and any dates currently set in these reassigned
9 cases only are hereby VACATED.  The parties are referred to the
10 attached Order Requiring Joint Status Report.  Henceforth, the
11 caption on documents filed in the reassigned cases shall be shown
12 as CIV-S-05-0211 MCE/GGH, CIV-S-05-0905 MCE/GGH, and CIV-S-05-
13 0953 MCE/GGH.
14     IT IS FURTHER ORDERED that the Clerk of the Court make
15 appropriate adjustment in the assignment of civil cases to
16 compensate for this reassignment.
17     IT IS SO ORDERED.
18 DATED: May 27, 2005

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

3