1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| PEOPLE OF THE STATE OF CALIFORNIA, ex rel. BILL LOCKYER, ATTORNEY, GENERAL,<br><br>                Plaintiff,<br>     v.<br><br>UNITED STATES DEPARTMENT OF AGRICULTURE; MIKE JOHANNS, in his official capacity as Secretary of the Department of Agriculture; MARK REY, in his official capacity as Under Secretary of Agriculture, DALE BOSWORTH, in his official capacity as Chief of the United States Forest Service, and JACK A. BLACKWELL in his official capacity as Regional Forester, Region 5, United States Forest Service,<br><br>                Federal Defendants. | No. CIV-S-05-0211 MCE/GGH<br><br>**ORDER ON PARTY SUBSTITUTION** |

     This matter is before the Court upon Federal Defendants' notice of party substitution pursuant to Rule 25(d)(1) of the Federal Rules of Civil Procedure.  The Court, being fully informed of the basis for Federal Defendants' notice, hereby ORDERS that Bernard Weingardt shall be substituted in his official capacity as Regional Forester, Pacific Southwest Region

///

///

- 1 -

1  (Region 5), United States Forest Service, for defendant Jack Blackwell.  The clerk shall modify
2  the docket accordingly.
3      It is SO ORDERED.
4
5  Dated: June 28, 2005
6
7
8                                    _____
                                     MORRISON C. ENGLAND, JR
9                                    UNITED STATES DISTRICT JUDGE