UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| SIERRA NEVADA FOREST PROTECTION CAMPAIGN, CENTER FOR BIOLOGICAL DIVERSITY, NATURAL RESOURCES DEFENSE COUNCIL, SIERRA CLUB, and THE WILDERNESS SOCIETY, non-profit organizations, | No. CIV-S-05-0205 MCE GGH<br>CIV-S-05-0211 MCE GGH<br>CIV-S-05-0905 MCE GGH<br>CIV-S-05-0953 MCE GGH<br><br>(Related Cases) |
| Plaintiffs, | |
| v. | **ORDER RE: BRIEFING SCHEDULE** |
| MARK REY, in his official capacity as Under Secretary of Agriculture, DALE BOSWORTH, in his official capacity as Chief of the United States Forest Service, JACK BLACKWELL, in his official capacity as Regional Forester, Region 5, United States Forest Service, and JAMES M. PEÑA, in his official capacity as Forest Supervisor, Plumas National Forest, | |
| Defendants. | |

_____

and Related Cases.

----oo0oo----

1

Counsel for the Federal Defendants in these related cases has requested limited reconsideration of the Court's October 27, 2005 Order, which establishes a briefing schedule and imposes page limitations on the briefs to be submitted by the various parties. Specifically, federal counsel asks that the Court permit it to submit a combined opposition to Plaintiffs' motions for summary judgment that also incorporates the Federal Defendants' own cross motions for summary judgment, if any. Counsel argues that such combined briefing[1] will eliminate potential pleading redundancies and would consequently promote judicial economy.

After considering this matter further, the Court remains convinced that separate briefing will best ensure that the various issues presented by these related cases are effectively and expeditiously considered. The Court fully expects that certain overlapping arguments may be incorporated by reference from other pleadings. The Court believes that combined briefing will make it logistically difficult, if not nearly impossible, to assess each motion on its own merits. Consequently, Federal Defendants' Motion for Limited Reconsideration is DENIED.

Because oral argument would not be of material assistance to the Court in resolving this matter, oral argument is unnecessary and a hearing date need not be established. See Local Rule 78-230(h). Accordingly, it is also not necessary to rule on Federal

---

[1] Counsel in fact proposes combined briefing in this regard totaling 55 pages, as opposed to the 50 pages for each cross-motion, and 35 pages for opposing Plaintiffs' motions, that is permitted under the terms of the October 27, 2005 Order.

2

1  Defendant's request that time be shortened for a hearing on their
2  request for limited reconsideration, and the Court declines to do
3  so.
4      IT IS SO ORDERED.

6  DATED: November 8, 2005

                                    _____
                                    MORRISON C. ENGLAND, JR
                                    UNITED STATES DISTRICT JUDGE