UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| SIERRA NEVADA FOREST PROTECTION CAMPAIGN, CENTER FOR BIOLOGICAL DIVERSITY, NATURAL RESOURCES DEFENSE COUNCIL, SIERRA CLUB, and THE WILDERNESS SOCIETY, non-profit organizations, | No. CIV-S-05-0205 MCE GGH<br>CIV-S-05-0211 MCE GGH<br>CIV-S-05-0905 MCE GGH<br>CIV-S-05-0953 MCE GGH |
| | (Related Cases) |
| Plaintiffs, | |
| v. | **ORDER RE: BRIEFING SCHEDULE** |
| MARK REY, in his official capacity as Under Secretary of Agriculture, DALE BOSWORTH, in his official capacity as Chief of the United States Forest Service, JACK BLACKWELL, in his official capacity as Regional Forester, Region 5, United States Forest Service, and JAMES M. PEÑA, in his official capacity as Forest Supervisor, Plumas National Forest, | |
| Defendants. | |
| _____ | |
| and Related Cases. | |

----oo0oo----

1

1  People of the State of California, ex rel. Bill Lockyer
2 ("California"), Plaintiff in one of the four related cases now
3 being adjudicated, seeks clarification of the Court's October 26,
4 2005 Order re: Briefing Schedule.  Specifically, California asks
5 whether the Court's Order contemplates separate statements being
6 filed by Defendant-Intervenors in response to statements of
7 undisputed fact that will be submitted in support of motions for
8 summary judgment in these cases.
9  Defendant-Intervenors, as full parties to these cases, may,
10 should they choose to do so, separately respond to such
11 statements of undisputed fact.  The parties moving for summary
12 judgment, in turn, may also separately respond to all such
13 opposition statements concurrently with their reply memoranda.

15  IT IS SO ORDERED.

17 DATED: November 29, 2005

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

2