UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SIERRA NEVADA FOREST PROTECTION CAMPAIGN, ET AL.,<br><br>        Plaintiffs,<br><br>    v.<br><br>MARK REY, in his official capacity as Under Secretary of Agriculture, ET AL.,<br><br>        Defendants.<br><br>    and<br><br>CALIFORNIA CATTLEMEN'S ASSOCIATION,<br><br>        Intervenor-Defendants<br>_____/ | No. 2:05-cv-0205-MCE-GGH<br><br>Related Cases:<br>2:05-cv-0211-MCE-GGH<br>2:05-cv-0905-MCE-GGH<br>2:05-cv-0953-MCE-GGH<br><br>**SUBSTITUTION OF ATTORNEYS AND ORDER** |

    THE COURT AND ALL PARTIES ARE NOTIFIED that California Cattlemen's Association makes the following substitution:

    1.  Former legal representative: Livingston & Mattesich Law Corporation.

    2.  New legal representation: William J. Thomas, Law Office of William J. Thomas, 1201 K Street, Suite 1100, Sacramento, California 95814; telephone (916) 442-1111.

    3.    The party making this substitution is the Plaintiff and Counter-Defendant in the above and foregoing matter.

    I consent to the substitution.

Dated: January 6, 2006        CALIFORNIA CATTLEMEN'S ASSOCIATION

                              By: /s/ Benjamin L. Higgins
                                   BENJAMIN L. HIGGINS
                                   Executive Vice President

    I consent to the substitution.

Dated: January 6, 2006        LIVINGSTON & MATTESICH LAW CORPORATION

                              By: /s/ William J. Thomas

Dated: January 6, 2006        LAW OFFICE OF WILLIAM J. THOMAS

                              By: /s/ William J. Thomas
                                   WILLIAM J. THOMAS

    IT IS SO ORDERED.

DATE: January 10, 2006

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE