IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PEOPLE OF THE STATE OF CALIFORNIA, ex rel. BILL LOCKYER, ATTORNEY GENERAL,<br>　　　　Plaintiff,<br><br>　　v.<br><br>UNITED STATES DEPARTMENT OF AGRICULTURE, *et al.*,<br>　　　　Defendants,<br>　　and<br><br>TUOLUMNE COUNTY ALLIANCE FOR RESOURCES & ENV'T, *et al.*,<br>　　　　Intervenor-Defendants. | Case No. CIV-S-05-0211 MCE/GGH<br><br>Related Cases:　CIV-S-05-0205 MCE/GGH<br>　　　　　　　　CIV-S-05-0905 MCE/GGH<br>　　　　　　　　CIV-S-05-0953 MCE/GGH<br><br>ORDER GRANTING TUCARE'S REQUEST TO APPEAR AT THE MARCH 26 HEARING BY TELEPHONE<br><br>Hon. Morrison C. England, Jr. |

　　The Court GRANTS the request of Thomas R. Lundquist to appear at the March 26 status conference by telephone for Intervenor-Defendants Tuolomne County Alliance for Resources and Environment, and California Forestry Ass'n *et al.*  The Court staff will call Mr. Lundquist at 202-624-2667.

DATED: March 8, 2007

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　MORRISON C. ENGLAND, JR
　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE