IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SIERRA NEVADA FOREST PROTECTION CAMPAIGN, *et al.*,<br><br>        Plaintiffs,<br><br>     v.<br><br>MARK REY, in his official capacity as Under Secretary of Agriculture, *et al.*,<br><br>        Federal Defendants,<br><br>    and<br><br>TUOLUMNE COUNTY ALLIANCE FOR RESOURCES & ENVIRONMENT, *et al.*; CALIFORNIA SKI INDUSTRY ASS'N; QUINCY LIBRARY GROUP, *et al.*; and CALIFORNIA CATTLEMEN'S ASS'N,<br><br>        Defendant-Intervenors. | Case No: 2:05-cv-0205-MCE-GGH<br><br>Related Cases:  2:05-cv-0211-MCE-GGH<br>                       2:05-cv-0905-MCE-GGH<br>                       2:05-cv-0953-MCE-GGH<br><br>REQUEST OF PLAINTIFFS' COUNSEL TO APPEAR AT THE MARCH 26 STATUS CONFERENCE BY TELEPHONE<br><br>Hon. Morrison C. England, Jr.<br><br>Status Conference Scheduled March 26, 2007<br>Courtroom 3, 9:00 a.m. |

    The Court GRANTS the request of Michael R. Sherwood, counsel for Plaintiffs Sierra Nevada Forest Protection Campaign, *et al.*, to appear at the March 26 status conference by telephone. Court staff will call Mr. Sherwood at (559) 442-1110.

March 19, 2007

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE