1  Brian Gaffney (CSB No. 168778)
   Matt McFarland (CSB No. 225537)
2  LAW OFFICES OF BRIAN GAFFNEY
   605 Market Street. Suite 505
3  San Francisco, CA 94105
   Telephone: (415) 442 0711
4  Facsimile: (415) 442 0713

5  Babak Naficy (CSB No. 177709)
   LAW OFFICE OF BABAK NAFICY
6  1204 Nipomo Street
   San Luis Obispo, CA 94301
7  Telephone: (805) 593 0926
   Facsimile: (805) 593 0946
8
   Deanna Spooner (CSB No. 183763)
9  PACIFIC RIVERS COUNCIL
   540 Oak Street, Suite E
10 Eugene, OR 97401
   Telephone: (541) 345 0119
11 Facsimile: (541) 345 0710

12 Attorneys for Plaintiff:
   PACIFIC RIVERS COUNCIL
13

14                    **IN THE UNITED STATES DISTRICT COURT**
15                       **EASTERN DISTRICT OF CALIFORNIA**
                              **SACRAMENTO DIVISION**
16

17

18 PACIFIC RIVERS COUNCIL           )   Case No:        CIV-S-05-0953 MCE/GGH
                                    )
19         Plaintiff,               )   Related Cases: CIV-S-05-0211 MCE/GGH
       vs.                          )                  CIV-S-05-0905 MCE/GGH
20                                  )                  CIV-S-05-0205 MCE/GGH
   UNITED STATES FOREST SERVICE et al., )
21                                  )   **ORDER GRANTING PACIFIC RIVERS
           Defendants,              )   COUNCIL'S REQUEST TO APPEAR
22                                  )   TELEPHONICALLY AT THE JUNE 8,
   CALIFORNIA FORESTRY ASSOCIATION et al.; )  2007 PRELIMINARY INJUNCTION
23 QUINCY LIBRARY GROUP; and CALIFORNIA SKI )  HEARING**
   INDUSTRY ASSOCIATION,            )
24                                  )   DATE: June 8, 2007
           Intervenors-Defendants.  )   TIME: 9:00 a.m.
25                                  )   JUDGE: Hon. Morrison C. England, Jr.
                                    )
26

1  For good cause shown, Plaintiff Pacific Rivers Council's Request to Appear Telephonically at
2  the June 8, 2007 preliminary injunction hearing in the related case of *Sierra Forest Legacy et al. v.*
3  *USFS et al.*, Case No. CIV-S-05-00205 MCE/GGH, is GRANTED.
4  Court staff will call Mr. Brian Gaffney or Mr. Matt McFarland at 415-442-0711 at the time of
5  the hearing.

8  Dated: May 30, 2007

   _____
   MORRISON C. ENGLAND, JR.
   UNITED STATES DISTRICT JUDGE

- 1 -