**BRIAN A. KELLY (SBN 124738)**
**DUANE MORRIS LLP**
One Market, Spear Tower, Suite 2000
San Francisco, CA  94105
Telephone:  (415) 957-3000
Facsimile:   (415) 957-3001
Email:  bakelly@duanemorris.com


**JOHN E. FAGAN (SBN 107974)**
**DUANE MORRIS LLP**
850 North Lake Boulevard, Suite 15
P.O. Box 7199
Tahoe City, California  96145-7199
Telephone:  (530) 583-7767
Facsimile:   (530) 581-3215
Email:  jefagan@duanemorris.com

Attorneys for
**CALIFORNIA SKI INDUSTRY ASSOCIATION**

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

## (SACRAMENTO DIVISION)

| | |
|---|---|
| PEOPLE OF THE STATE OF CALIFORNIA, ex rel. BILL LOCKYER, ATTORNEY GENERAL,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF AGRICULTURE, et al.,<br><br>Defendants. | CASE NO. 2:05-cv-00211-MCE-GGH<br><br>**Assigned for All Purposes to:**<br>**The Honorable Morris C. England, Jr.**<br>**Courtroom 3, 15th Floor**<br><br>**ORDER GRANTING DEFENDANT-INTERVENOR CALIFORNIA SKI INDUSTRY ASSOCIATION'S REQUEST TO APPEAR AT THE JUNE 8 PRELIMINARY INJUNCTION HEARING BY TELEPHONE** |
| SIERRA NEVADA FOREST PROTECTION CAMPAIGN, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>MARK REY, et al.,<br><br>Defendants. | CASE NO. 2:05-cv-00205-MCE-GGH |

| | |
|---|---|
| PACIFIC RIVERS COUNCIL, | CASE NO. 2:05-CV-00953-MCE-GGH |
| Plaintiff, | |
| v. | |
| UNITED STATES FOREST SERVICE, et al., | |
| Defendants. | |

The Court GRANTS the request of Brian A. Kelly to appear at the June 8, preliminary injunction hearing by telephone for Intervenor-Defendants California Ski Industry Association. The Court staff will call Mr. Kelly at (215) 979-7320.

Dated: June 4, 2007

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE