1  EDMUND G. BROWN JR.
   Attorney General
2  TOM GREENE
   Chief Assistant Attorney General
3  THEODORA BERGER
   Assistant Attorney General
4  KEN ALEX
   SALLY MAGNANI KNOX (State Bar No. 161677)
5  Supervising Deputy Attorneys General
   JANILL L. RICHARDS (State Bar No. 173817)
6  Deputy Attorneys General
     1515 Clay Street, Suite 2000
7    P. O. Box 70550
     Oakland, CA 94612-0550
8    Telephone: 510-622-2254
     Fax: 510-622-2270
9
   Attorneys for Plaintiff PEOPLE OF THE
10 STATE OF CALIFORNIA, ex rel. BILL LOCKYER,
   ATTORNEY GENERAL

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **PEOPLE OF THE STATE OF CALIFORNIA, ex rel. EDMUND G. BROWN JR., ATTORNEY GENERAL,**<br><br>                                    Plaintiff,<br><br>       v.<br><br>**UNITED STATES DEPARTMENT OF AGRICULTURE, et al.,**<br><br>                                    Defendants. | Case No. 2:05-cv-00211-MCE-GGH<br><br>**ORDER GRANTING PEOPLE'S REQUEST TO APPEAR BY TELEPHONE AT THE AUGUST 23, 2007 PRELIMINARY INJUNCTION HEARING IN RELATED CASE**<br><br>Date: August 23, 2007<br>Time: 11:00 a.m.<br>Place: Courtroom 3<br>Judge: Hon. Morrison C. England, Jr.<br><br>Related Cases:<br>Case No. CIV S-05-0205 MCE GGH<br>Case No. CIV-S-05-0953 MCE GGH |

///

///

///

1   The Court GRANTS the request of Janill L. Richards, Deputy Attorney General,
2  representing the People of the State of California, to appear by telephone at the August 23, 2007,
3  preliminary injunction hearing in related Case No. CIV-S-05-205.   Court staff will call Ms.
4  Richards at (510) 684-1328 on August 23, 2007 at 9:00 a.m.

Dated:  August 21, 2007

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE