1 | Thomas R. Lundquist (*pro hac vice*)
tlundquist@crowell.com
2 | J. Michael Klise (*pro hac vice*)
jmklise@crowell.com
3 | Steven P. Quarles
squarles@crowell.com
4 | CROWELL & MORING LLP
1001 Pennsylvania Ave., NW
5 | Washington, D.C. 20004-2595
Phone:  202-624-2667
6 | Facsimile:  202-628-5116

7 | Steven P. Rice (SBN 094321)
CROWELL & MORING LLP
8 | 3 Park Plaza
20th Floor
9 | Irvine, CA 92614-8505
Phone:  949-263-8400
10 | Facsimile:  949-263-8414
srice@crowell.com

11 

12 | Attorneys for Plaintiffs California Forestry Association and American Forest & Paper Association

13 | IN THE UNITED STATES DISTRICT COURT

14 | FOR THE EASTERN DISTRICT OF CALIFORNIA

15 | SACRAMENTO DIVISION

16 

17 | CALIFORNIA FORESTRY
ASSOCIATION and
18 | AMERICAN FOREST & PAPER
ASSOCIATION,
19 | Plaintiffs,
20 | v.
21 | GAIL KIMBELL, Chief, United States
Forest Service,
22 | Defendants,
and
23 | SIERRA FOREST LEGACY, *et al*.,
24 | Intervenor-Defendants.

Case No. CIV-S-05-0905 MCE/GGH

Related Cases:  CIV-S-05-0205 MCE/GGH
CIV-S-05-0211 MCE/GGH
CIV-S-05-0953 MCE/GGH

**STIPULATION REGARDING REMEDY
BRIEFING SCHEDULE**; **ORDER**

Hearing Date:  Dec. 19, 2008
Time:  9:00 am
Place:  Courtroom 3
Hon. Morrison C. England, Jr.

1       The Court, in its September 24, 2008 Memorandum and Order, directed the parties in this

2   matter to propose a briefing schedule regarding remedy within ten days.  The Court has scheduled

3   oral argument for December 19, 2008 regarding the appropriate remedy in this case, as well as in

4   related case Nos. CIV-S-05-0205 MCE/GGH and CIV-S-05-0211 MCE/GGH.

5       Plaintiffs California Forestry Association and American Forest & Paper Association, Federal

6   Defendants Forest Service Chief Kimbell *et al.*, Defendant-Intervenor Sierra Forest Legacy,

7   Defendant-Intervenors Center for Biological Diversity, Natural Resources Defense Council,

8   Wilderness Society, and Sierra Club, and Defendant-Intervenor Pacific Rivers Council, by their

9   undersigned attorneys, therefore stipulate as follows:

10      1.      Plaintiffs will file their opening brief no later than October 13, 2008.

11      2.      Defendants and Defendant-Intervenors will file their opening briefs no later than

12  November 10, 2008.

13      3.      Plaintiffs will file their reply brief no later than November 21, 2008, if needed.

14      4.      Defendants and Defendant-Intervenors will file their final briefs no later than

15  December 8, 2008, if needed.  The final briefs will not include any new declarations or new

16  arguments.

17      5.      At the December 19 hearing on the remedy, arguments will be based on the briefs,

18  declarations (if any), and the record, and no witnesses will be presented. Counsel may appear at the

19  hearing by telephone.

20  Dated: October 2, 2008

                                Respectfully submitted,

21

22  /s Thomas R. Lundquist
    Thomas R. Lundquist (D.C. Bar No. 968123, *pro hac vice*)
23  J. Michael Klise (D.C. Bar No. 412420; *pro hac vice*)
    Steven P. Quarles (D.C. Bar No. 351668)
24  CROWELL & MORING LLP
    1001 Pennsylvania Avenue, N.W.
25  Washington, D.C. 20004-2595
    (202) 624-2500
26  Fax:  (202) 628-5116
    tlundquist@crowell.com

27

28

PDF created with pdfFactory trial version www.pdffactory.com

1 Steven P. Rice (SBN 094321)
  CROWELL & MORING LLP
2 3 Park Plaza
  20th Floor
3 Irvine, CA 92614-8505
  (949) 263-8400
4 *Attorneys for Plaintiffs California Forestry Association and American Forest & Paper Association*

5

  /s Barclay Samford (authorized 10/2)
6 RONALD J. TENPAS
  Assistant Attorney General
7 CYNTHIA S. HUBER
  Assistant Section Chief
8 BARCLAY SAMFORD
9 Trial Attorney
  Natural Resources Section
10 Environment & Natural Resources Division
   U.S. Department of Justice
11 1961 Stout Street, 8th Floor
   Denver, CO 80294
12 Tel.: (303) 844-1475
13 Fax: (303) 844-1350

14 McGREGOR W. SCOTT
   United States Attorney
15 DAVID T. SHELLEDY
   Assistant United States Attorney
16 501 I Street, Suite 10-100
17 Sacramento, CA 95814
   Tel.: (916) 554-2702
18 Fax: (916) 554-2900

19 *Attorneys for Defendants Gail Kimbell, et al.*
20 /s Gregory C. Loarie (authorized 10/1/08)
   GREGORY C. LOARIE
21 MICHAEL R. SHERWOOD
   Earthjustice
22 426 17th Street, 5th Floor
23 Oakland, CA 94612
   Tel. (510) 550-6725
24 Fax (510) 550-6749

25 DAVID B. EDELSON
26 840 Grizzly Peak Boulevard
   Berkeley, CA 94708
27 (510) 527-4116

28 ERIC E. HUBER, *Pro Hac Vice*
   Sierra Club Environmental Law Program

PDF created with pdfFactory trial version www.pdffactory.com

2260 Baseline Road, Suite 105
Boulder, CO 80302
(303) 449-5595
*Attorneys for Defendant-Intervenors Sierra Forest Legacy, Center for Biological Diversity, Natural Resources Defense Council, Wilderness Society, and Sierra Club*

/s Brian Gaffney (authorized 10/2/08)
Brian Gaffney (CSB No. 168778)
LAW OFFICES OF BRIAN GAFFNEY
605 Market Street. Suite 505
San Francisco, CA 94105
Telephone: (415) 442 0711
Facsimile: (415) 442 0713
*Attorneys for Defendant-Intervenor Pacific Rivers Council*

**IT IS SO ORDERED.**

**DATED:** October 10, 2008

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

PDF created with pdfFactory trial version www.pdffactory.com