1
2
3
4
5                    UNITED STATES DISTRICT COURT
6                   EASTERN DISTRICT OF CALIFORNIA
7
8
9   SIERRA FOREST LEGACY, et al.,        No. 2:05-cv-00205-MCE-GGH
10            Plaintiffs,
11        v.                              **ORDER**
12  MARK REY, in his official
    capacity as Under Secretary of
13  Agriculture, et al.,
14            Defendants.
    _____/
15
    PEOPLE OF THE STATE OF               No. 2:05-cv-00211-MCE-GGH
16  CALIFORNIA, ex rel.
    EDMUND G. BROWN JR.,
17  Attorney General,
18            Plaintiff,
19        v.
20  UNITED STATES DEPARTMENT OF
    AGRICULTURE, et al.,
21
22            Defendants.
    _____/
23
         and
24
    TUOLUMNE COUNTY ALLIANCE FOR
25  RESOURCES & ENVIRONMENT, et al.;
    CALIFORNIA SKI INDUSTRY ASS'N;
26  QUINCY LIBRARY GROUP, et al.;
    and CALIFORNIA CATTLEMEN'S ASS'N,
27
              Defendant-Intervenors.
28

                                 1

1 Counsel for Plaintiffs in both of the above-captioned related
2 cases have moved for an injunction and partial stay of the
3 Court's November 4, 2009 remedy order in this matter.  Both
4 hearings have been noticed for February 25, 2010 at 2:00 p.m.
5     Concurrently with the filing of their Motions, Plaintiffs'
6 counsel also request an Order Shortening Time so that the issue
7 of relief pending appeal can be resolved as soon as possible.
8 Those requests were both filed on January 15, 2009, and both
9 represent that the Federal Defendants do not object to a
10 shortening of time.  The requests also indicate that both
11 Plaintiffs and Defendants have agreed to forego any oral argument
12 on the Motions, and that no Intervenor has expressed any
13 objection.  To date, no objection to either having the Motions
14 heard on shortened time, or dispensing with oral argument, has
15 been lodged with the Court.
16     Consequently, in accordance with the parties' request, the
17 February 25, 2010 hearing date in both cases is vacated.
18 Opposition to the Plaintiffs' Motions, if any, is due not later
19 than Friday, February 5, 2010.  Given the fact that Plaintiffs
20 have agreed to forego the filing of any reply, the matter will be
21 deemed submitted after the deadline for filing oppositions on
22 February 5, 2010.
23     IT IS SO ORDERED.

Dated: January 29, 2010

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE