1 **BRIAN A. KELLY (SBN 124738)**
**CHRISTIAN P. FOOTE (SBN 240919)**
2 **DUANE MORRIS LLP**
One Market, Spear Tower, Suite 2200
3 San Francisco, CA  94105-1127
Telephone:  (415) 957-3000
4 Facsimile:   (415) 957-3001
Email:  bakelly@duanemorris.com
5 Email:  cpfoote@duanemorris.com

## IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

### (SACRAMENTO DIVISION)

| | |
|---|---|
| PEOPLE OF THE STATE OF CALIFORNIA, ex rel. BILL LOCKYER, ATTORNEY GENERAL,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF AGRICULTURE; MIKE JOHANNS, Secretary of the Department of Agriculture; MARK REY, Under Secretary of the Department of Agriculture; UNITED STATES FOREST SERVICE; DALE BOSWORTH, Chief, United States Forest Service; and JACK BLACKWELL, Regional Forester, Pacific Southwest Region, United States Forest Service,<br><br>Defendants. | CASE NO. 2:05-CV-00211-MCE-GGH<br><br>**STIPULATION AND  ORDER OF DISMISSAL OF INTERVENOR CALIFORNIA SKI INDUSTRY ASSOCIATION** |

**STIPULATION OF DISMISSAL OF CALIFORNIA SKI INDUSTRY ASSOCIATION**

Pursuant to Federal Rule of Civil Procedure Rule 41(a), the undersigned stipulate that California Ski Industry Association ("CSIA") is dismissed from this action without prejudice, each party to bear its own costs and fees as to the intervention by CSIA.

///

///

**DUANE MORRIS LLP**

Dated: March 16, 2010    By:   */s/ Brian A. Kelly*
Brian A. Kelly
Attorneys for Intervenor
CALIFORNIA SKI INDUSTRY ASSOCIATION

**CALIFORNIA ATTORNEY GENERAL'S OFFICE**

Dated: February 25, 2010    By:   */s/ Janill L. Richards*
Jamie Jefferson
Ken Alex
Sally Mangini
Janill L. Richards
Attorney for Plaintiff
PEOPLE OF THE STATE OF CALIFORNIA

**UNITED STATES DEPARTMENT OF JUSTICE**

Dated: March 16, 2010    By:   */s/ Barclay T. Samford*
Barclay Thomas Samford
Cynthia Sue Huber
Attorney for Defendants
U.S. DEPARTMENT OF AGRICULTURE, US
FOREST SERVICE, DALE BOXWORTH, MARK
REY, and MIKE JOHANNS

**CROWELL & MORING LLP**

Dated: March 10, 2010    By:   */s/ J. Michael Klise*
J. Michael Klise, PHV
Attorney for Intervenor Defendants
AMERICAN FOREST & PAPER ASSOCIATION,
AMERICAN FOREST RESOURCE COUNCIL,
BLUERIBBON COALITION, CALIFORNIA
EQUESTRIAN TRAILS & LANDS COALITION,
CALIFORNIA FOREST COUNTIES SCHOOLS
COALITION, CALIFORNIA FORESTRY
ASSOCIATION, CALIFORNIA LICENSED
FORESTERS ASSOCIATION,
CALIFORNIA/NEVADA SNOWMOBILE
ASSOCIATION, COARSGOLD RESOURCE
CONSERVATION DISTRICT, HUNTINGTON

LAKE ASSOCIATION, HUNTINGTON LAKE BIG CREEK HISTORICAL CONSERVANCY, KLAMATH ALLIANCE FOR RESOURCES & ENVIRONMENT, REGIONAL COUNCIL OF RURAL COUNTIES, SIERRA RESOURCE CONSERVATION DISTRICT, STRAWBERRY PROPERTY OWNERS' ASSOCIATION, TULARE COUNTY RESOURCE CONSERVATION DISTRICT, TUOLUMNE COUNTY ALLIANCE FOR RESOURCE & ENVIRONMENT, and WESTERN COUNCIL FOR INDUSTRIAL WORKERS

**MICHAEL B. JACKSON, ATTORNEY OF LAW**

Dated: March 9, 2010           By:   */s/ Michael B. Jackson*
                                     Michael B. Jackson
                                     Attorney for Defendant
                                     QUINCY LIBRARY GROUP


**BEST BEST AND KRIEGER LLP**

Dated: February 26, 2010       By:   */s/ Williams James Thomas Jr.*
                                     William James Thomas, Jr.
                                     Attorney for Intervenor Defendant
                                     CALIFORNIA CATTLEMAN'S ASSOCIATION


**ORDER**

**PURSUANT TO FOREGOING STIPULATION, IT IS HEREBY ORDERED THAT:**

Pursuant to the stipulation of the parties and Federal Rule of Civil Procedure Rule 41(a), California Ski Industry Association ("CSIA") is dismissed from this action without prejudice, each party to bear its own costs and fees as to the intervention by CSIA

Date:  March 22, 2010

MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE