KAMALA D. HARRIS
Attorney General of California
MARK BRECKLER
Chief Assistant Attorney General
JANILL L. RICHARDS, State Bar No. 173817
Supervising Deputy Attorney General
HARRISON M. POLLAK, State Bar No. 200879
Deputy Attorney General
  1515 Clay Street, 20th Floor
  P.O. Box 70550
  Oakland, CA  94612-0550
  Telephone:  (510) 622-2130
  Fax:  (510) 622-2270
  E-mail:  Janill.Richards@doj.ca.gov
*Attorneys for the People of the State of California,*
*ex. rel. Kamala D. Harris, Attorney General*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **PEOPLE OF THE STATE OF CALIFORNIA, ex rel. KAMALA D. HARRIS,  ATTORNEY GENERAL,**<br><br>Plaintiff,<br><br>**v.**<br><br>**UNITED STATES DEPARTMENT OF AGRICULTURE, et al.**<br><br>Defendants. | Case No. CIV 05-00211 MCE GGH<br><br>**STIPULATION AND ORDER SETTING BRIEFING SCHEDULE AND HEARING DATE** |
| **SIERRA FOREST LEGACY, et al.,**<br><br>**Plaintiffs,**<br><br>**v.**<br><br>**HARRIS SHERMAN, in his official capacity as Under Secretary for Natural Resources and Environment, U.S. Department of Agriculture, et al.,**<br><br>**Defendants.** | Case No. CIV S-05-0205 MCE GGH |

1

1   Plaintiffs and Defendants in related cases *People of the State of California, ex rel. Kamala*

2   *D. Harris, Attorney General v. United States Department of Agriculture, et al.*, Case No. CIV 05-

3   00211 MCE GGH ("*California* case") and *Sierra Forest Legacy, et al., v. Harris Sherman, in his*

4   *official capacity as Under Secretary for Natural Resources and Environment, U.S. Department of*

5   *Agriculture, et al.*, Case No. S-05-0205 MCE GGH ("*Sierra Forest Legacy* case"), respectfully

6   submit this Stipulation and [Proposed] Order Setting Briefing Schedule to address all issues

7   remaining in this case on remand.

8   The parties stipulate as follows:

9   1.  On or before February 3, 2012, (1) the parties in the *Sierra Forest Legacy* case will

10   advise the Court of the legal effect of the Forest Service's December 19, 2011 withdrawal of the

11   Basin Project Decision and Finding of No Significant Impact on Plaintiffs' claims under the

12   National Forest Management Act (NFMA) or, alternatively, (2) the Forest Service will file a

13   motion to dismiss the NFMA claims as moot.

14   2.  On or before March 30, 2012, the Parties shall file concurrent opening briefs on the issue

15   of remedy.  The briefs shall not exceed 20 pages, excluding any supporting declarations.

16   3.  On or before May 18, 2012, the Parties may file concurrent responding briefs.  The

17   briefs shall not exceed 20 pages, excluding any supporting declarations.

18   4.  The matter shall be heard on June 14, 2012 at 2:00 p.m.

19   ///

20   ///

21   ///

22   ///

23   ///

24   ///

25   ///

26   ///

27   ///

28   ///

2

1     **IT IS SO STIPULATED.**

2

3     Dated:  January 6, 2011                              KAMALA D. HARRIS
                                                          Attorney General of California
4

5                                                         /s/
                                                          JANILL L. RICHARDS
6                                                         Supervising Deputy Attorney General

7                                                         *Attorney for the People of the State of*
                                                          *California, ex. rel. Kamala D. Harris,*
8                                                         *Attorney General*

9

10

11                                                        /s/
                                                          GREGORY C. LOARIE
12                                                        MICHAEL R. SHERWOOD
                                                          Earthjustice
13
                                                          PATRICK GALLAGHER
14                                                        Sierra Club Environmental Law Program

15                                                        *Attorneys for Sierra Forest Legacy, et al.*

16                                                        IGNACIA S. MORENO
                                                          Assistant Attorney General
17

18

19                                                        /s/
                                                          BARCLAY T. SAMFORD
                                                          Trial Attorney
20                                                        U.S. Department of Justice
                                                          Environment & Natural Resources Division
21                                                        Natural Resources Section

22                                                        *Attorneys for Federal Defendants*

23

24

25

26

27

28

                                          3

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**ORDER**

    1.  On or before February 3, 2012, (1) the parties in the *Sierra Forest Legacy* case will advise the Court of the legal effect of the Forest Service's December 19, 2011 withdrawal of the Basin Project Decision and Finding of No Significant Impact on Plaintiffs' claims under the National Forest Management Act (NFMA) or, alternatively, (2) the Forest Service will file a motion to dismiss the NFMA claims as moot.

    2.  On or before March 30, 2012, the Parties shall file concurrent opening briefs on the issue of remedy.  The briefs shall not exceed 20 pages, excluding any supporting declarations.

    3.  On or before May 18, 2012, the Parties may file concurrent responding briefs.  The briefs shall not exceed 20 pages, excluding any supporting declarations.

    4.  The matter shall be heard on June 14, 2012 at 2:00 p.m.

    **IT IS SO ORDERED.**

Dated:  January 11, 2012

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

4