1  KAMALA D. HARRIS
   Attorney General of California
2  MARK BRECKLER
   Chief Assistant Attorney General
3  JANILL L. RICHARDS, State Bar No. 173817
   Supervising Deputy Attorney General
4  HARRISON M. POLLAK, State Bar No. 200879
   Deputy Attorney General
5    1515 Clay Street, 20th Floor
     P.O. Box 70550
6    Oakland, CA  94612-0550
     Telephone:  (510) 622-2130
7    Fax:  (510) 622-2270
     E-mail:  Janill.Richards@doj.ca.gov
8  *Attorneys for the People of the State of California,*
   *ex. rel. Kamala D. Harris, Attorney General*

9                IN THE UNITED STATES DISTRICT COURT

10           FOR THE EASTERN DISTRICT OF CALIFORNIA

11                     SACRAMENTO DIVISION

12

13

| | |
|---|---|
| 14 **PEOPLE OF THE STATE OF CALIFORNIA, ex rel. KAMALA D.** | Case No. CIV 05-00211 MCE GGH |
| 15 **HARRIS,  ATTORNEY GENERAL,** | **STIPULATION AND ORDER SETTING BRIEFING SCHEDULE AND HEARING** |
| 16                                          Plaintiff, | **DATE** |
| 17                  v. | |
| 18 | |
| 19 **UNITED STATES DEPARTMENT OF AGRICULTURE, et al.** | |
| 20                                      Defendants. | |
| 21 ――――――――――――――――――――――― | |
| 22 **SIERRA FOREST LEGACY, et al.,** | Case No. CIV S-05-0205 MCE GGH |
| 23                                      **Plaintiffs,** | |
| 24 **v.** | |
| 25 **HARRIS SHERMAN, in his official capacity as Under Secretary for Natural Resources and** | |
| 26 **Environment, U.S. Department of** | |
| 27 **Agriculture, et al.,** | |
| 28                                      **Defendants.** | |

1

1    Plaintiffs and Defendants in related cases *People of the State of California, ex rel. Kamala*

2 *D. Harris, Attorney General v. United States Department of Agriculture, et al.*, Case No. CIV 05-

3 00211 MCE GGH ("*California* case") and *Sierra Forest Legacy, et al., v. Harris Sherman, in his*

4 *official capacity as Under Secretary for Natural Resources and Environment, U.S. Department of*

5 *Agriculture, et al.*, Case No. S-05-0205 MCE GGH ("*Sierra Forest Legacy* case"), respectfully

6 submit this Stipulation and [Proposed] Order Setting Briefing Schedule to address all issues

7 remaining in this case on remand.

8    The parties stipulate as follows:

9    1.  On or before February 3, 2012, (1) the parties in the *Sierra Forest Legacy* case will

10 advise the Court of the legal effect of the Forest Service's December 19, 2011 withdrawal of the

11 Basin Project Decision and Finding of No Significant Impact on Plaintiffs' claims under the

12 National Forest Management Act (NFMA) or, alternatively, (2) the Forest Service will file a

13 motion to dismiss the NFMA claims as moot.

14    2.  On or before March 30, 2012, the Parties shall file concurrent opening briefs on the issue

15 of remedy.  The briefs shall not exceed 20 pages, excluding any supporting declarations.

16    3.  On or before May 18, 2012, the Parties may file concurrent responding briefs.  The

17 briefs shall not exceed 20 pages, excluding any supporting declarations.

18    4.  The matter shall be heard on June 14, 2012 at 2:00 p.m.

19 ///

20 ///

21 ///

22 ///

23 ///

24 ///

25 ///

26 ///

27 ///

28 ///

1    **IT IS SO STIPULATED.**

2

3    Dated:  January 6, 2011                          KAMALA D. HARRIS
                                                      Attorney General of California
4

5                                                     /s/
                                                      JANILL L. RICHARDS
6                                                     Supervising Deputy Attorney General

7                                                     *Attorney for the People of the State of*
                                                      *California, ex. rel. Kamala D. Harris,*
8                                                     *Attorney General*

9

10

11                                                    /s/
                                                      GREGORY C. LOARIE
12                                                    MICHAEL R. SHERWOOD
                                                      Earthjustice
13
                                                      PATRICK GALLAGHER
14                                                    Sierra Club Environmental Law Program

15                                                    *Attorneys for Sierra Forest Legacy, et al.*

16                                                    IGNACIA S. MORENO
                                                      Assistant Attorney General
17

18

19                                                    /s/
                                                      BARCLAY T. SAMFORD
                                                      Trial Attorney
20                                                    U.S. Department of Justice
                                                      Environment & Natural Resources Division
21                                                    Natural Resources Section

22                                                    *Attorneys for Federal Defendants*

23

24

25

26

27

28

3

1          <center>**ORDER**</center>

2          1.  On or before February 3, 2012, (1) the parties in the *Sierra Forest Legacy* case will

3  advise the Court of the legal effect of the Forest Service's December 19, 2011 withdrawal of the

4  Basin Project Decision and Finding of No Significant Impact on Plaintiffs' claims under the

5  National Forest Management Act (NFMA) or, alternatively, (2) the Forest Service will file a

6  motion to dismiss the NFMA claims as moot.

7          2.  On or before March 30, 2012, the Parties shall file concurrent opening briefs on the issue

8  of remedy.  The briefs shall not exceed 20 pages, excluding any supporting declarations.

9          3.  On or before May 18, 2012, the Parties may file concurrent responding briefs.  The

10  briefs shall not exceed 20 pages, excluding any supporting declarations.

11          4.  The matter shall be heard on June 14, 2012 at 2:00 p.m.

12

13          **IT IS SO ORDERED.**

14

15  Dated:  January 11, 2012

16                                                   _____

17                                                   MORRISON C. ENGLAND, JR
                                                     UNITED STATES DISTRICT JUDGE

18

19

20

21

22

23

24

25

26

27

28

<center>4</center>