1  Babak Naficy (SBN 177709)
   LAW OFFICE OF BABAK NAFICY
2  1504 Marsh Street
3  San Luis Obispo, CA 94301
   Telephone: (805) 593 0926
4  Facsimile: (805) 593 0946
   babaknaficy@sbcglobal.net
5
   Brian Gaffney (SBN 168778)
6  Kelly Franger (SBN 253697)
7  LIPPE GAFFNEY WAGNER LLP
   329 Bryant Street, Suite 3D
8  San Francisco, CA 94107
   Telephone: (415) 777-5600
9  Facsimile: (415) 777-9809

10 Attorneys for Plaintiff:
   Pacific Rivers Council
11

12           IN THE UNITED STATES DISTRICT COURT
             EASTERN DISTRICT OF CALIFORNIA
13                 SACRAMENTO DIVISION

14

15 | PACIFIC RIVERS COUNCIL | Case No:    **CIV–S-05-0953-MCE/GGH** |
16 | | |
   | | Related Cases: **CIV-S-05-0205- MCE/GGH** |
17 | Plaintiff, | **CIV-S-05-0211-MCE/GGH** |
18 | vs. | **STIPULATION AND ORDER** |
   | | **EXTENDING TIME TO FILE REPLY** |
19 | UNITED STATES FOREST SERVICE; | **BRIEFS ON REMEDY AND** |
20 | et al, | **CONTINUING HEARING DATE** |
21 | | |
   | Defendants | |
22 | | |

23

24

25

26

27

28

On August 6, 2012, the Court entered an order setting the briefing schedule and hearing date on the remedy issue in *Pacific Rivers Council v. United States Forest Service, et al.*, Case No. CV-S-05-00953- MCE GGH ("*PRC* case"), consistent with a stipulation between Pacific Rivers Council (Pacific Rivers) and the Federal Defendants in that case.  At the same time, the court rescheduled the remedy hearing in two related cases, *People of the State of California, ex rel. Kamala D. Harris, Attorney General v. United States Department of Agriculture, et al.*, Case No. CIV 05-00211 MCE GGH ("*California* case") and *Sierra Forest Legacy, et al., v. Harris Sherman, in his official capacity as Under Secretary for Natural Resources and Environment, U.S. Department of Agriculture, et al.*, Case No. S-05-0205 MCE GGH ("*Sierra Forest Legacy* case"), though the remedy issue had been fully briefed in these cases, so that common issues related to remedy will be presented in a single consolidated hearing.

The current briefing schedule on the remedy issue in the *PRC* case provides that Pacific Rivers' opening brief (of no more than 25 pages) was to be filed by August 9, 2012; Federal Defendants' opposition brief (of no more than 30 pages) was to be filed by September 13, 2012; and Pacific Rivers' reply brief (of no more than 15 pages) must be filed by September 27, 2012. ECF 174.  The hearing date is October 4, 2012. ECF 174.

On August 9, 2012, Pacific Rivers filed its opening brief. ECF 175. On September 13, 2012, Federal Defendants filed an opposition brief (ECF 177), along with the five (5) supporting declarations of Donald Yasuda, Michael S. Kellett,  Barry Hill, Anne L. Yost, Karen Burmark (ECF 177-1–177-5) and additional evidence (ECF 177-6–177-8).  In addition, the Federal Defendant's opposition brief "incorporates by reference" the Federal Defendants' remedy briefing in the *Sierra Forest Legacy* and *California* cases. (ECF Nos. 186, 196, 246, 248). ECF 177 at 3, fn2 (incorporating *Sierra Forest Legacy* [2:05-cv-0205] ECF Nos. 270, 278, 339, 342; *California* [2:05-0211] ECF Nos. 186, 196, 246, 248).  This incorporated

1   material, which is referenced throughout the Federal Defendants' opposition, adds "several

2   hundred pages" of legal argument and evidence to its opposition. *Id.*

3          Also on September 13, 2012, Intervenor-Defendants California Forestry Association, *et*

4   *al.* (ECF 176) and California Cattlemen's Association (ECF 178) each filed briefs in opposition

5   to Pacific Rivers' opening brief on remedy.  Like the Federal Defendants, California Forestry

6   Association, *et al.* "incorporates" its prior remedy briefing and references pleadings filed in the

7   *Sierra Forest Legacy* case.

8

9          Pacific Rivers' reply brief is due currently due on September 27, 2012, providing only

10  two weeks to review and respond to three separate opposition briefs, five new declarations (of at

11  least 42 pages), and "several hundred" of pages of remedies briefing filed in other cases.

12         Pacific River believes that the existing schedule does not provide adequate time for

13  responding to two additional opposition briefs and to pleadings filed in the related cases.  The

14  parties to the *PRC* case agree that the time for responding to the opposition briefs should be

15  extending by 18 days, to October 15, 2012.  Intervenor-Defendants California Forestry

16  Association does not join the stipulation, but does not oppose.

17

18         The remaining *PRC* parties further stipulate that Pacific Rivers' October 15th reply to

19  Federal Defendants' opposition shall be no more than 20 pages; the reply to Intervenor-

20  Defendants California Forestry Association, *et al.* opposition shall be no more than 15 pages;

21  and the reply to Intervenor-Defendants California Cattlemen's Association opposition shall be

22  no more than 5 pages.

23

24         The remaining *PRC* parties further stipulate that Federal Defendants have the option of

25  filing, by October 31, 2012, a sur-reply limited to addressing any new issues or new evidence

26  raised by or submitted with Pacific Rivers' reply papers.  The Federal Defendants' sur-reply

27  brief shall be no more than 8 pages.

28

The parties to all three cases agree that in order to promote judicial economy, conserve the parties' resources and avoid the possibility of inconsistent rulings, this Court should conduct a single consolidated hearing to address the appropriate remedies in each case after the issue has been briefed in the *PRC* case. Intervenor-Defendants California Forestry Association does not join this stipulation, but does not oppose.  Accordingly, and based on counsel's respective schedules, the remaining parties stipulate as follows:

1.      The Court should vacate the October 4, 2012 hearing and reschedule a single consolidated hearing in all three cases for November 29, 2012.

2.      Pacific Rivers Council shall file its reply briefs by October 15, 2012.  Pacific Rivers' reply to Federal Defendants' opposition shall be no more than 20 pages; the reply to Intervenor-Defendants California Forestry Association, *et al.* opposition shall be no more than 15 pages; and the reply to Intervenor-Defendants California Cattlemen's Association opposition shall be no more than 5 pages.

3.      The Federal Defendants have the option of filing, by October 31, 2012, a sur-reply limited to addressing any new issues or new evidence raised by or submitted with Pacific Rivers' reply papers.  The Federal Defendants' sur-reply brief shall be no more than 8 pages.

**IT IS SO STIPULATED.**

DATED: September 25, 2012                LIPPE GAFFNEY WAGNER LLP


                                         __/s/ Kelly Franger_____
                                         Kelly Franger
                                         Brian Gaffney
                                         *Attorneys for Plaintiff Pacific Rivers Council*

Dated: September 25, 2012                KAMALA D. HARRIS
                                         Attorney General of California


                                         ___/s/ Harrison Pollack_____
                                         HARRISON POLLAK
                                         Deputy Attorney General

1

*Attorneys for the People of the State of California, ex.
rel. Kamala D. Harris, Attorney General*

2

3   Dated: September 25, 2012        EARTHJUSTICE

4                                    _/s/ Gregory Loarie_____
                                     GREGORY C. LOARIE
5                                    MICHAEL R. SHERWOOD
                                     *Attorneys for Sierra Forest Legacy, et al.*
6

7   Dated: September 25, 2012        IGNACIA S.MORENO
                                     Assistant Attorney General
8

9                                    _/s/ Barclay Samford_____
                                     BARCLAY T. SAMFORD
                                     Trial Attorney
10                                   U.S. Department of Justice
                                     Environment & Natural Resources Division
11                                   Natural Resources Section
                                     *Attorneys for Federal Defendants*
12

13  Dated: September 26, 2012        BEST BEST & KRIEGER LLP

14                                   __/s/ William Thomas_____
                                     WILLIAM J. THOMAS
15                                   *Attorneys for California Cattlemen's Association*

16

17

18

19

20

21

22

23

24

25

26

27

28

# ORDER

1.      The hearing set for October 4, 2012 is hereby vacated.  A new hearing in all three cases shall be set for on November 29, 2012 at 2:00 p.m..

2.      Pacific Rivers Council shall file a reply brief to Federal Defendants' opposition consisting of no more than 20 pages by October 15, 2012.

3.      Pacific Rivers Council shall file a reply brief to Intervenor-Defendants California Forestry Association, *et al.* opposition consisting of no more than 15 pages by October 15, 2012.

4.      Pacific Rivers Council shall file a reply brief to Intervenor-Defendants California Cattlemen's Association's opposition consisting of no more than 5 pages by October 15, 2012.

5.      The Federal Defendants have the option of filing, by October 31, 2012, a sur-reply limited to addressing any new issues or new evidence raised by or submitted with Pacific Rivers' reply papers.  The Federal Defendants' sur-reply brief shall be no more than 8 pages.

**IT IS SO ORDERED.**

Dated:  September 28, 2012

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE