1  Babak Naficy (SBN 177709)
   LAW OFFICE OF BABAK NAFICY
2  1504 Marsh Street
   San Luis Obispo, CA 94301
3  Telephone: (805) 593 0926
   Facsimile: (805) 593 0946
4  babaknaficy@sbcglobal.net

5
   Brian Gaffney (SBN 168778)
6  Kelly Franger (SBN 253697)
   LIPPE GAFFNEY WAGNER LLP
7  329 Bryant Street, Suite 3D
   San Francisco, CA 94107
8  Telephone: (415) 777-5600
   Facsimile: (415) 777-9809
9

10 Attorneys for Plaintiff:
   Pacific Rivers Council
11

12              IN THE UNITED STATES DISTRICT COURT
                EASTERN DISTRICT OF CALIFORNIA
13                    SACRAMENTO DIVISION

14

15 | PACIFIC RIVERS COUNCIL | Case No:   **CIV–S-05-0953- MCE/GGH**
16 |                        | Related Cases: **CIV-S-05-0205- MCE/GGH**
   |              Plaintiff, |           **CIV-S-05-0211-MCE/GGH**
17 |                        |
   | vs.                    | **STIPULATION AND ORDER RE REVISED**
18 |                        | **REPLY AND SUR-REPLY**
   | UNITED STATES FOREST SERVICE; et |
19 | al,                    |
   |                        |
20 |              Defendants |
21 | _____ |
   | SIERRA FOREST LEGACY, *et al.*, |
22 |                        |
   |              Plaintiffs |
23 |                        |
   |        v.              |
24 |                        |
   | HARRIS SHERMAN in his official capacity |
25 | as Under Secretary of Agriculture, *et al.* |
26 |                        |
   |              Defendants |
27 |                        |

28

| | |
|---|---|
| PEOPLE OF THE STATE OF CALIFORNIA, *ex rel.* KAMALA D. HARRIS, ATTORNEY GENERAL,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF AGRICULTURE, *ex al.*<br><br>Defendants | |

Pursuant to the scheduling order, plaintiff Pacific Rivers Council filed a reply brief on October 15, 2012.  On October 16, 2012, the Forest Service filed a Motion to Strike the reply brief on the grounds that it exceeds the previously agreed upon 20-page limit and violated the Local Rules with regard to formatting.  The parties have met and conferred and now stipulate to resolve the issue as follows:

1.  Pacific Rivers Council's October 15, Reply Brief (ECF 183) is withdrawn.[1]

2.  Federal Defendants' Motion to Strike Plaintiff's Reply Brief (ECF 184) is withdrawn.  The hearing on Federal Defendant's Motion to Strike, scheduled for November 15, 2012 at 2:00 p.m. (ECF 185) is vacated.

3.  Pacific Rivers Council shall file a revised reply brief on remedies consisting of no more than 20 pages by October 23, 2012.  Pacific Rivers Council's revised brief shall be formatted so as to comply with the Local Rules and in the same

_____

[1] Pacific Rivers Council's duplicative filing of its Reply Brief (ECF 182) is also withdrawn.

manner as its opening brief (ECF 175)—double-spaced, one inch margins, left-justification, and 12-point Times New Roman text. The revised brief of the Pacific Rivers shall not exceed the scope of arguments raised in the brief it filed on October 15.  Pacific Rivers Council shall not alter the declarations filed on October 15 (ECF 183-1, 183-2, and 183-3).

4.  Federal Defendants may file a sur-reply of no more than 8 pages by November 9, 2012, to address any new issues or evidence raised by or submitted with Pacific Rivers' reply papers.

IT IS SO STIPULATED

DATED: October 19, 2012          LAW OFFICE OF BABAK NAFICY


/s/Babak Naficy
Babak Naficy,
Attorney for Plaintiff
Pacific Rivers Council

Dated: October 19, 2012


/s/
BARCLAY T. SAMFORD
Trial Attorney
U.S. Department of Justice
Environment & Natural Resources Division
Natural Resources Section
*Attorneys for Federal Defendants*

ORDER

1.   Pacific Rivers Council's October 15, Reply Brief (ECF 183) is withdrawn.[2]

2.   Federal Defendants' Motion to Strike Plaintiff's Reply Brief (ECF 184) is withdrawn.  The hearing on Federal Defendant's Motion to Strike, scheduled for November 15, 2012 at 2:00 p.m. (ECF 185) is vacated.

3.   Pacific Rivers Council shall file a revised reply brief on remedies consisting of no more than 20 pages by October 23, 2012.  Pacific Rivers Council's revised brief shall be formatted so as to comply with the Local Rules and in the same manner as its opening brief (ECF 175)—double-spaced, one inch margins, left-justification, and 12-point Times New Roman text. The revised brief of the Pacific Rivers shall not exceed the scope of arguments raised in the brief it filed on October 15.  Pacific Rivers Council shall not alter the declarations filed on October 15 (ECF 183-1, 183-2, and 183-3).

4.   Federal Defendants may file a sur-reply of no more than 8 pages by November 9, 2012, to address any new issues or evidence raised by or submitted with Pacific Rivers' reply papers.

**IT IS SO ORDERED.**

Dated:  October 25, 2012

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

_____

[2] Pacific Rivers Council's duplicative filing of its Reply Brief (ECF 182) is also withdrawn.

Stipulation Re Reply Brief (CV-S-05-00953- MCE/GGH)                                    - 3 --